CAMILLE GEARY v. JOHN RICHARD GEARY. CARUTHERS EWING, as Receiver, and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Townley and Cohn, JJ.

In the Matter of Proving the Last Will and Testament and Codicils Thereto of EDWARD W. BROWNING, Deceased, as a Will of Real and Personal Property. ALEXANDER P. WATTS and Another, Executors, etc. HOSPITAL FOR JOINT DISEASES and GEORGE P. BIGGS and GEORGE B. BIGGS, as Executors, etc., of FLORENCE BIGGS, Deceased. TITLE GUARANTEE AND TRUST COMPANY. DANIEL A. SHIRK, General Guardian of DOROTHY BROWNING HOOD, and JOHN J. BENNETT, JR., Attorney-General of the State of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HOWARD CONVERTERS, INC., v. FRENCH ART MILLS, INC.— Motion for leave to appeal to the Court of Appeals and for a stay granted. [See ante, p. 851.] Motion for reargument denied. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HELEN D. VAN RIPER v. EDITH O. TUNISON.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of CENTRAL HANOVER BANK AND TRUST COMPANY, as Substituted Trustee under the Last Will and Testament of JAMES M. HOOK, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

LUCY LOPEZ and PAUL LOPEZ v. IRVING MARGULIES.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of ATLAS TELEVISION CO., INC., to NATHANIEL H. MANDELKER. THE CITY OF NEW YORK. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOHN LAIMBEER v. HOLMES ELECTRIC PROTECTIVE Co.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

T. S. AMIDON and Others v. LYTTLETON B. P. GOULD and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. The time within which plaintiffs may serve an amended complaint is extended twenty days from date of service of order, upon payment, however, of the costs and disbursements awarded by the order of this court entered herein October 9, 1936. [See ante, p. 852.] Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of Proving the Last Will and Testament and Codicils Thereto of EDWARD W. BROWNING, Deceased, as a Will of Real and Personal Property.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of Creditors of the FIRST RUSSIAN INSURANCE COMPANY ESTABLISHED IN 1827,